YOUNG J. SETTOON VS. W. W. BRADLEY, SHERIFF, ET AL.

In an action to annul a judgment, the acceptance of service by an attorney not employed or authorized to defend the suit, and whose acts are never ratified, is void, and the judgment is as null as if there was a total want of citation.

SIMON WITKOWSKI VS. W. W. BRADLEY, SHERIFF, ET AL.

CLINTON, J. The custody of property by the constable is the custody of the law no less than that of the sheriff; and the latter has no power or right, in executing conservatory or final process, to disregard or override the seizures of the constable. 14 An. 503, 801.

2. Where a newspaper is published in the Parish, the advertisement of a constable's sale by posting is illegal. C. P. 1140.

3. A constable cannot in any case appoint a keeper for the property seized by him without the written consent of the debtor. C. P. 1142. Where, therefore, the constable, immediately after the seizure of property under a *fi, fa.*, appoints a keeper, and agrees with the sheriff that said keeper shall be joint custodian for himself and the sheriff, and leaves the property in the possession of the keeper, where it was on the day of sale, more than three miles from the place of sale, held : The constable's seizure was released and lost by his parting with possession of the property, and the sale made by him is null.

S. T. JACKSON VS. E. W. THARPE.

GUNBY, J. Where a motion to dismiss has been filed, on the ground that appellant has acquiesced in the judgment, and this question is remanded to the lower court for trial, and the District Judge decides there has been no acquiescence, from which decision the original appellee does not take an appeal, the motion to dismiss will be overruled.

2. The Constitution of 1879 does not repeal all exemptions not mentioned therein; the exemptions embraced in C. P. 644 are still in force and need not be recorded.

3. Article 219 of the Constitution was intended to embrace all the articles necessary to constitute a homestead and to supplant the Act of 1865, and 2d paragraph of Article 645, C. P. : "the corn and fodder for the current year on a farm," are regarded as a part of this homestead, and it is as necessary to record the intention to claim this exemption as any other part of the homestead. 34 An. 1014.

4. The last clause in 1st paragraph of C. P. 645, viz : " separately from the land to which they are attached," apply to all the preceding part of said paragraph.

5. Potatoes are not exempt from seizure.